928

No. 97–65. YOUNG ET AL. v. FEDERAL DEPOSIT INSURANCE CORPORATION ET AL. C. A. 4th Cir. Motion of petitioners to strike the brief in opposition of respondents denied. Certiorari denied.

No. 97–95. UBC SOUTHERN COUNCIL OF INDUSTRIAL WORKERS, LOCAL UNION NO. 2713 v. BRUCE HARDWOOD FLOORS. C. A. 5th Cir. Motions of National Academy of Arbitrators and American Arbitration Association for leave to file briefs as *amici curiae* granted. Certiorari denied.

No. 97–226. ACKLES v. LUTTRELL ET AL. Sup. Ct. Neb. Certiorari denied. JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 97–286. MARYLAND v. DENNIS. Ct. App. Md. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 97–472. JONES, SECRETARY OF STATE OF CALIFORNIA v. BATES ET AL. C. A. 9th Cir. Certiorari before judgment denied.

No. 96–1750. MEDICO v. MEDICO ET AL., 521 U. S. 1121;
No. 96–1810. ROSENBAUM v. ROSENBAUM (two judgments), 521 U. S. 1105; and
No. 96–8674. MICKENS v. VIRGINIA, 520 U. S. 1269. Petitions for rehearing denied.

No. 96–7981. PHILLIPS v. SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, 520 U. S. 1199. Motion for leave to file petition for rehearing denied.

OCTOBER 20, 1997

No. A–213 (97–5951). SANDERS v. BEHR ET UX. Ct. App. Colo. Application for stay, addressed to JUSTICE O'CONNOR and referred to the Court, denied.

No. D–1814. IN RE DISBARMENT OF SHIEH. Disbarment entered. [For earlier order herein, see 521 U. S. 1101.]